UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BEVERLY McCAIN,**

        Plaintiff,                                    3:13-cv-01493-ST

      v.                                        **JUDGMENT**

**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**,

        Defendant.

**STEWART, Magistrate Judge:**

    Based on the record, the Commissioner's decision is reversed and remanded pursuant to sentence four of 42 USC § 405(g) for the calculation and award of benefits.

    DATED this 27th day of February, 2015.

                                                    s/ Janice M. Stewart_____
                                                    Janice M. Stewart
                                                    United States Magistrate Judge

1 - JUDGMENT